**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division**

Jane Doe

                      Plaintiff,

v.                                                   Case No.: 1:24−cv−07216
                                                              Honorable Jeffrey I Cummings

Northeastern Illinois University, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 26, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: Plaintiff has filed an amended complaint pursuant to Rule 15(a)(1)(B). Accordingly, defendants' previously filed motion to dismiss [17] is terminated as moot. Defendants shall answer or otherwise plead to plaintiff's amended complaint [23] by 1/31/25. The Court has also reviewed the parties' joint initial status report [24] under which the parties proposed that discovery proceed "after the complaint is at issue."; The court views this proposal as a joint request to stay discovery pending the resolution of defendants' forthcoming motion to dismiss. That request is granted and discovery is stayed pending further order of the Court. The parties are advised that they may contact the Court's Courtroom Deputy if at any time they are mutually interested in a referral to the assigned Magistrate Judge for a settlement conference. The 1/13/25 tracking status hearing is stricken and re−set to 2/21/25 at 9:00 a.m. (to track the case only, no appearance is required). Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.