**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jane Doe
                                        Plaintiff,

v.                                                                  Case No.: 1:24–cv–07216
                                                                                 Honorable Jeffrey I Cummings

Northeastern Illinois University, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: The parties have informed the Court that they have reached a settlement agreement through private mediation pending approval of the Board of Trustees. Accordingly, defendants' motion to dismiss [29] is terminated without prejudice with leave to renew if the settlement is not ultimately approved by the Board. If the parties have not filed a joint stipulation to dismiss by 8/29/25, they shall file a joint status report on that date setting forth their efforts to memorialize the settlement agreement. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.